# Court of Appeals
# of the State of Georgia

ATLANTA, April 10, 2025

*The Court of Appeals hereby passes the following order:*

### A25A1456. FALLON N. MAYS v. SFR XII OWNER 2 LP.

This case began as a dispossessory proceeding in magistrate court. Following an adverse ruling, Fallon Mays appealed to the superior court. On December 30, 2024, the superior court dismissed his petition without prejudice, finding that he had failed to serve the respondent. Mays then filed a notice of appeal on January 27, 2025. We lack jurisdiction for at least two reasons.

First, appeals from superior court decisions reviewing lower court decisions by petition for review must be initiated by filing an application for discretionary appeal. OCGA § 5-6-35 (a) (1), (b); *Bullock v. Sand*, 260 Ga. App. 874, 875 (581 SE2d 333) (2003). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Mays's failure to follow the proper procedure deprives us of jurisdiction over this direct appeal.

Second, this appeal is untimely. While a notice of appeal generally may be filed within 30 days of entry of the order sought to be appealed, appeals in dispossessory actions must be filed within 7 days of the date the judgment was entered. See OCGA § 44-7-56 (b) (1); *Radio Sandy Springs, Inc. v. Allen Road Joint Venture*, 311 Ga. App. 334, 335-336 (715 SE2d 752) (2011). "The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction upon the appellate court." Id. at 336 (punctuation omitted). Mays's notice of appeal, filed 28 days after the superior court's order, is untimely under OCGA § 44-7-56 (b) (1).

For these reasons, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,__04/10/2025_____*

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*